**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT WILLIAM AVERY                                                                    PLAINTIFF
ADC #652373

V.                                      NO: 5:12CV00062 DPM/HDY

MARK CASHION *et al.*                                                                  DEFENDANTS

**ORDER**

Plaintiff filed this complaint on February 9, 2012, and service was ordered. On March 9, 2012, the summons was returned unexecuted as to Defendant Jesse Davis (docket entry #8).[1] Service had been attempted in the care of the Arkansas Department of Correction, but was returned because Davis is no longer employed there. However, Davis's last known address was provided and filed under seal. Accordingly, service for Davis will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to change the style of the case to reflect the correct name of Defendant Jesse Davis.

2.     Davis's last known address shall not be made part of any public record.

3.     The Clerk of the Court shall prepare a summons for Davis, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Davis, at the address provided under seal, without prepayment of fees and costs or security therefor.

4.     Upon re-issuance of the summons and complaint, the United States Marshal is hereby

---

[1] A note accompanying the return provided Davis's first name.

directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

    DATED this __12__ day of March, 2012.

                                                                 _____
                                                                 UNITED STATES MAGISTRATE JUDGE