**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT WILLIAM AVERY                                                                            PLAINTIFF
ADC #652373

V.                                    NO: 5:12CV00062 KGB/HDY

MARK CASHION *et al.*                                                                           DEFENDANTS

## ORDER

Plaintiff Robert William Avery, a former inmate incarcerated at the Arkansas Department of Correction, filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on February 9, 2012, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). On August 3, 2012, Plaintiff filed information indicating that he has now been released from custody (docket entry #39).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If Plaintiff wishes to proceed with this lawsuit, he is directed pay the filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry of this order. Plaintiff's failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to forward an IFP application to Plaintiff.

2.     Plaintiff is directed to submit the $350.00 statutory filing fee, or to complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

DATED this ⎯⎯7⎯ day of August, 2012.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
UNITED STATES MAGISTRATE JUDGE