# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT WILLIAM AVERY,**
**ADC #652373**                                                                                      **PLAINTIFF**

v.                               **5:12-cv-00062-KGB-HDY**

**MARK CASHION, et al.**                                                                    **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge H. David Young (Dkt. No. 126). There have been no objections, and the time for filing objections has passed. After a review of the Proposed Findings and Recommendations, the Court adopts them in their entirety.

Accordingly, it is ordered that Mr. Avery's complaint is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915 (a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 30th day of September, 2013.

_____
Kristine G. Baker
United States District Judge