**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROBERT WILLIAM AVERY,
ADC #652373**                                                                                          **PLAINTIFF**

v.                          **5:12-cv-00062-KGB-HDY**

**MARK CASHION, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Court's Orders entered in this matter on September 30, 2013 (Dkt. Nos. 128, 129) it is considered, ordered and adjudged that plaintiff Robert William Avery's claims against defendants in their official capacities for monetary damages and claim for injunctive relief are dismissed with prejudice and that the remainder of Mr. Avery's claims are dismissed without prejudice.

IT IS SO ADJUDGED this the 1st day of October, 2013.

_____
Kristine G. Baker
United States District Judge